LARA R. SHAPIRO
(State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Vikram Zutshi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikram Zutshi,<br><br>    Plaintiff,<br><br>  vs.<br><br>Niagra Credit Solutions, Inc., et. al.,<br><br>    Defendants. | Case No.: 3:10-cv-03019-EDL<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the parties to the above entitled lawsuit have reached a settlement of the entire case. The Plaintiff anticipates he will file a Dismissal with Prejudice within thirty (30) days.

DATED:  October 4, 2010

>By:/s/ *Lara Shapiro*_____
>       Lara Shapiro, Esq.
>
>Attorneys for Plaintiff,
>Vikram Zutshi