IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIKRAM ZUTSHI,                                          No. C-10-03019 EDL

       Plaintiff,                                      **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

  v.

NIAGARA CREDIT SOLUTIONS,

       Defendant.
_____/

On October 4, 2010, Plaintiff filed a Notice of Settlement in this case. The Notice stated that Plaintiff expected to file a dismissal with prejudice within thirty days. Thus, Plaintiff shall file a dismissal no later than November 5, 2010. The initial case management conference set for October 19, 2010 is vacated. If Plaintiff does not file a dismissal by November 5, 2010, the Court will hold the initial case management conference on November 23, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge