LARA R. SHAPIRO
(State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Vikram Zutshi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikram Zutshi,<br><br>             Plaintiff,<br><br>     vs.<br><br>Niagra Credit Solutions, Inc., et. al.,<br><br>             Defendants. | Case No.: 3:10-cv-03019-EDL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

1  Plaintiff, through his counsel, voluntarily dismisses his Complaint without
2  prejudice pursuant to FRCP 41(a)(1)(A)(i).

DATED:  December 6, 2010

By:/*s/ Lara Shapiro*_____
       Lara Shapiro, Esq.

Attorneys for Plaintiff,
Vikram Zutshi